**DISMISS and Opinion Filed December 5, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-22-01300-CV
_____

### DAVID LEE GRIFFITH, Appellant
### V.
### CAROLYN GRIFFITH, Appellee

**On Appeal from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-21-12413**

## MEMORANDUM OPINION
Before Justices Molberg, Reichek, and Smith
Opinion by Justice Reichek

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by October 13, 2023. By postcard dated October 17, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                    /Amanda L. Reichek/

221300F.P05             AMANDA L. REICHEK
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

DAVID LEE GRIFFITH, Appellant

No. 05-22-01300-CV     V.

CAROLYN GRIFFITH, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-21-12413. Opinion delivered by Justice Reichek. Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered December 5, 2023